1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12  | ERNESTO H. | ) | Case No. 2:23-cv-10736-JC

13  | Plaintiff, | ) | **ORDER GRANTING/APPROVING**

14  | | ) | **PARTIES' STIPULATION AND**

15  | v. | ) | **AWARDING EQUAL ACCESS TO**
| | ) | **JUSTICE ACT FEES AND**

16  | LEE DUDEK | ) | **EXPENSES PURSUANT TO**
| Acting Commissioner of Social Security | ) | **28 U.S.C. § 2412(d)**

17  | (formerly Carolyn W. Colvin), | ) |

18  | | ) | **[DOCKET NO. 24]**

19  | Defendant. | ) |
| | ) |

20  | | ) |

21

22      Based upon the parties' Stipulation for the Award and Payment of Justice

23  Act Fees ("Stipulation"), **IT IS ORDERED** that fees and expenses in the amount

24  of $3,057.75 as authorized by 28 U.S.C. § 2412(d) and no costs be awarded subject

25  to the terms of the Stipulation.

26  DATED: April 18, 2025                    _____/s/_____

27                                          HONORABLE JACQUELINE CHOOLJIAN
                                            UNITED STATES MAGISTRATE JUDGE
28